UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Case No: VARIOUS

*RECEIVED NOV 13 2013 CLERK, U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION*

_____ Debtor _____ /

## NOTICE OF CHANGE OF ADDRESS FOR CHAPTER 13 TRUSTEE PAYMENTS

PLEASE TAKE NOTICE that JOSEPH R IVY hereby gives notice of change of address for payments, effective October 9, 2013.

**OLD ADDRESS**

Joseph R Ivy
1483 Rivers Rd
Green Cove Springs, FL 32043

**NEW ADDRESS**

JOSEPH R IVY
1856 HEREFORD RD
MIDDLEBURG, FL 32068-3104

_____
Representative _____
Address _____
Phone _____

Copies to:
Debtor(s)
Attorney for Debtor(s)
Trustee

Multiple cases are involved. Do not file a **Notice of Change of Address for Chapter 13 Payments** in each case, just attach a list of the cases affected by this change and mail to:

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET, SUITE 3-350
JACKSONVILLE, FLORIDA 32202**

*154875*

**JOSEPH R IVY**

| | CaseNumber | Deb1Name | Deb2Name |
|---|---|---|---|
| 1 | 10-00680-JAF | JAMES K DELK | SHONDA R DELK |